### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CASTRO SANCHEZ, JUAN CARLOS**, *Petitioner,* <br><br> v. <br><br> **JAMISON, J.L., Warden, Federal Detention Center, Philadelphia; RIFE, JOHN E., Acting Field Officer Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office; MULLIN, MARKWAYNE, Secretary Department of Homeland Security; BLANCHE, TODD, Acting Attorney General; U.S. DEPARTMENT OF HOMELAND SECURITY; EXECUTIVE OFFICE OF IMMIGRATION REVIEW;** <br> *Respondents.* | **Civil No. 26-2322** |

### ORDER

**AND NOW**, this 17th day of April, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Juan Carlos Castro Sanchez and all corresponding briefing, it is hereby **ORDERED** as follows:

1.      The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2.      Castro Sanchez is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3.      The Government shall **RELEASE** Castro Sanchez from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on April 20, 2026.

4.      The Government is temporarily enjoined from re-detaining Castro Sanchez for seven days following his release from custody.

5.      If the Government chooses to pursue re-detention of Castro Sanchez after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

**BY THE COURT:**

_____
MARY KAY COSTELLO, J.