**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CASTRO SANCHEZ, JUAN CARLOS,**<br>*Petitioner*,<br><br>v.<br><br>**JAMISON, J.L., Warden, Federal Detention Center, Philadelphia, RIFE, JOHN E., Acting Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office; MULLIN, MARKWAYNE, Secretary Department of Homeland Security; BLANCHE, TODD, Acting Attorney General; U.S. DEPARTMENT OF HOMELAND SECURITY; EXECUTIVE OFFICE OF IMMIGRATION REVIEW;**<br>*Respondents*. | **Civil No. 26-2322** |

**ORDER**

**AND NOW**, this 11th day of June, 2026, upon consideration of the Respondents' Certification of Compliance (ECF No. 8), it is hereby **ORDERED** that the Clerk of Courts is directed to **CLOSE** this case.

BY THE COURT:

MARY KAY COSTELLO
United States District Judge